JS-6

# United States District Court
# Central District of California

KEVIN GREEN,

    Plaintiff,

v.

GLENDALE I MALL ASSOCIATES, LP, et al.,

    Defendants.

Case No. CV 19-01982-VAP-SSx

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  March 26, 2021

                                        VIRGINIA A. PHILLIPS
                                      United States District Judge